BISHOP et al. v. DAVIS.

PER CURIAM.  The case was before this court previously (Davis v. Bishop, 158 Ga. 66, where the facts of the case are fully reported).  It was there held that the petition set out a cause of action.  On the trial the jury found for the plaintiff.  The exception now is to the judgment overruling the motion for a new trial.  The verdict is supported by evidence, and none of the grounds of the motion show cause for reversal.                    Judgment affirmed.  All the Justices concur.

No. 4880.  NOVEMBER 14, 1925.

Equitable petition.  Before Judge Tarver.  Murray superior court.  March 21, 1925.

William E. & Gordon Mann, for plaintiffs in error.

F. K. McCutchen, contra.